Theophil Rieso, Appellant, v. Irene Rieso, Appellee.
Term No. 4603.

opinion filed January 20, 1947; released for publication February 20, 1947. Harold J. Bandy, for appellant; Lindauer, Lindauer & Pessin, for appellee. Opinion by JUSTICE BARTLEY. Not to be published in full.